UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| KENNETH L. LEAVITT, a Resident of Singer Island, Palm Beach County, Florida, as Personal Representative of the Estate of Linda M. Brown, <br><br> Plaintiff, <br><br> v. <br><br> DAVE'S AUTOMOTIVE SERVICES, INC., a Maine Corporation with a Principal Place of Business in Greenville, Piscataquis County, Maine, <br><br> Defendant. | CIVIL NO. _____ |

COMPLAINT AND DEMAND FOR JURY TRIAL

GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

NOW COMES Kenneth L. Leavitt, through counsel, and states for a cause of action the following:

1. Kenneth L. Leavitt is a resident of Singer Island, Palm Beach County, Florida and is the Personal Representative of the Estate of his late wife, Linda M. Brown, who died on August 17, 2006 in Greenville, Maine.

2. Dave's Automotive Services, Inc. (Dave's) is a Maine corporation with a principal place of business in Greenville, Piscataquis County, Maine.

3. On August 17, 2006 in Greenville, Maine, Linda M. Brown died of drowning when the 1989 GMC Sierra K15 pickup truck she was driving crashed into Moosehead Lake and sank.

4. The above-described accident on August 17, 2006 in which Linda M. Brown died was caused by negligence on the part of Dave's, through its employees and agents for improperly

repairing, inspecting and issuing an inspection sticker for the 1989 GMC Sierra K15 pickup truck Linda M. Brown was driving.

5. As a result of the accident at issue in this case, the Maine State Police recommended a six month suspension of Dave's license to perform Maine State Motor Vehicle Inspections and a six month suspension of Dave's employee David Hall's right to conduct Maine State Vehicle Inspections.

6. Linda M. Brown experienced extreme emotional distress and terror in the moments prior to the truck entering Moosehead Lake and extreme emotional distress and terror after the truck entered the lake along with extreme physical suffering up to her death.

7. The jurisdiction of this Court is founded on diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of all interest and costs.

8. Defendant Dave's was served with a Notice of Claim pursuant to 14 M.R.S.A. § 1602 by registered mail on October 6, 2006.

## COUNT I
### (Wrongful Death)

9. As a direct and proximate result of Defendant Dave's above described negligence which caused the wrongful death of Linda M. Brown, Plaintiff Kenneth L. Leavitt, as Personal Representative of the Estate of Linda M. Brown, seeks and is entitled to all damages recoverable pursuant to 18-A M.R.S.A. § 2-804, including damages for (a) pecuniary injuries resulting from the death of Linda M. Brown; (b) funeral expenses; and (c) the loss of comfort, society and companionship of Linda M. Brown.

## COUNT II
### (Conscious Pain and Suffering)

10. As a further direct and proximate cause of the above-described negligence on the part of Defendant Dave's, Plaintiff Kenneth L. Leavitt, as Personal Representative of the Estate of

Linda M. Brown, hereby seeks and is entitled to all damages recoverable pursuant to 18-A M.R.S.A. § 2-804(c) for the conscious pain and suffering prior to death of Linda M. Brown.

WHEREFORE, Plaintiff Kenneth L. Leavitt, as Personal Representative of the Estate of Linda M. Brown, prays for judgment in his favor for all amounts recoverable under 18-A M.R.S.A. § 2-804 for the wrongful death of Linda M. Brown as prayed for in Counts I and II above along with prejudgment interest running since October 5, 2006, post-judgment interest and costs.

### JURY TRIAL DEMAND

11.  Plaintiff demands a trial by jury of all Counts contained herein.

Dated:  December 19, 2006.

/s/ R. Terrance Duddy
Attorney for the Plaintiff

KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
P.O. Box 597
Portland, Maine 04112
(207) 775-1020